# Exhibit B

## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss | SUPERIOR COURT<br>CIVIL ACTION NO. 2484CV00209 |

KHALIDA SARWARI,

        Plaintiff,

v.

NORTHEASTERN UNIVERSITY,

        Defendant.

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that this case, which was previously pending in the Superior Court of Suffolk County, Commonwealth of Massachusetts, has been removed to the United States District Court for the District of Massachusetts by Defendant Northeastern University pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. A copy of the Notice of Removal, filed with the United States District Court for the District of Massachusetts, is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court effectuates the removal of this action. Accordingly, this Court "shall proceed no further unless and until the case is remanded."

Dated: June 18, 2024	Respectfully submitted,

	DEFENDANT NORTHEASTERN UNIVERSITY,

	By Its Attorneys,

	/s/ *Molly C. Mooney*
	Robert A. Fisher (BBO No. 643797)
	rfisher@seyfarth.com
	Molly C. Mooney (BBO No. 687812)
	mmooney@seyfarth.com
	SEYFARTH SHAW LLP
	Two Seaport Lane, Suite 1200
	Boston, MA 02210-2028
	Telephone:	(617) 946-4800
	Facsimile:	(617) 946-4801

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2024, a copy of the foregoing document was served by email and first class mail on all counsel of record.

Elijah Bresley
Slnlaw LLC
46 South Main Street
Sharon, MA 02067
ebresley@slnlaw.com

	*/s/ Molly C. Mooney*
	Molly C. Mooney

2