### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KHALIDA SARWARI,<br>　　　　Plaintiff,<br><br>v.<br><br>NORTHEASTERN UNIVERSITY<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:24-cv-11578-IT<br>)<br>)<br>)<br>)<br>) |

### **REQUEST TO CONVERT ADR CONFERENCE TO REMOTE**

Plaintiff Khalida Sarwari, by and through counsel, hereby requests that the Alternative Dispute Resolution Hearing set for May 30, 2025, at 10:00 AM in Courtroom 14 before Magistrate Judge Jennifer C. Boal be converted to a remove proceeding. In support thereof, counsel states:

1. Plaintiff lives and works in California.
2. Plaintiff has a previous scheduled business trip that requires travel on May 31, 2025.
3. Defendant has assented to the request.

Respectfully submitted,

| | |
|---|---|
| KHALIDA SARWARI | DEFENDANT NORTHEASTERN UNIVERSITY, |
| By counsel: | By Its Attorneys, |
| s/ *Elijah Bresley*_____<br>Elijah Bresley (BBO#691092)<br>ebresley@slnlaw.com<br>Slnlaw llc<br>46 South Main Street<br>Sharon, MA 02067<br>Tel: 781-784-2322<br>Fax: 781-328-1772 | /s/ *Molly Mooney*_____<br>Robert A. Fisher (BBO No. 643797)<br>rfisher@seyfarth.com<br>Molly C. Mooney (BBO No. 687812)<br>mmooney@seyfarth.com<br>Adrienne C. Lee (BBO No. 713332)<br>aclee@seyfarth.com<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210-2028<br>Telephone: (617) 946-4800<br>Facsimile: (617) 946-4801 |

Dated: May 2, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

                                              */s/ Elijah Bresley*_____
                                              Elijah Bresley